**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                              Case No. 4:12-cr-00205-001 KGB

RAYMOND DEMILIA                                                 DEFENDANT

## ORDER

Before the Court is defendant Raymond Demilia's motion to amend presentence report ("PSR") (Dkt. No. 156).  Mr. Demilia "requests that the PSR in this matter be amended to include the Defendant's need for substance abuse treatment to more accurately reflect the findings and intention of this honorable Court" (Dkt. No. 156, at 1).

Through informal communications with counsel, the Court has been informed that the government does not object to Mr. Demilia's motion.  Accordingly, Mr. Demilia's motion is granted (Dkt. No. 156).  Mr. Demilia is directed to provide under seal information he wishes the Court to consider adding to the PSR in this matter.

It is so ordered this 14th day of June, 2016.

_____
Kristine G. Baker
United States District Judge